## E S GAHAGEN CO v SMITH

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 19, 1934

Edward Lee Meyer, Cincinnati, and August Rendigs, Jr., Cincinnati, for plaintiff in error.

J. G. Williams, Cincinnati, and Mitchell Wilby, Cincinnati, for defendant in error.

For full opinion see 1 OO 430; 48 Oh Ap 290.